Mailing Address

P.O. Box 1291

Buffalo, NY 14240-1291


OvernightMail

220 Northpointe Parkway

Suite G

Amherst, NY 14228



**STEVEN J. BAUM, P.C.**

**ATTORNEYS AT LAW**

Phone Number

716-204-2400


Fax Number

716-204-4600

Not for Service

Web Site

WWW.MBAUM.COM

May 6, 2010

CLERK, UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, NY 10601

Re:     BAC Home Loans Servicing, L.P. as servicer for The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificateholders CWABS Inc., Asset-Backed Certificates, Series 2005-4 vs. MELISSA R. SIMMONS, LAMONT B. SIMMONS, et al.

Case No.     07-23060-rdd

Dear Sir or Madam:

Please be advised that we have settled the Motion to Lift Stay in the above mentioned matter with a conditional order. This has been on consent with the Debtor's Attorney.

Please note that the motion has been scheduled for the 12th day of May, 2010 at 10:00 am in White Plains, New York.

If you have any questions, please feel free to call.

Very truly yours,

STEVEN J. BAUM, P.C.

By:     Ehret A. Van Horn, Esq.